UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK C. SAUER, II,<br><br>    Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner<br>of Social Security,<br><br>    Defendant. | Case No. 5:16-cv-02405-SP<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 16, 2017

_____
UNITED STATES MAGISTRATE JUDGE